No. 69456.—Robert Bosch Corp. *v.* United States, protests 60/9400, etc. (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

No. 69457.—Edwin Jay *v.* United States, protest 61/4138 (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C. D. 2180), the claim of the plaintiff was sustained.

No. 69458.—K. J. Shaw Company *v.* United States, protests 63/5015, etc. (Los Angeles).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.